UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JAMES PAUL SUMMERS,                                    :
                   Plaintiff,                         :

v.                                                                      :        **ORDER**
                                 :
UNITED STATES OF AMERICA,                        :        25-CV-07659 (PMH)
                                 :
             Defendant.                       :
                                 :
-------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On September 15, 2025, plaintiff James Paul Summers commenced the instant action against defendant United States of America (Doc. 1). Since then, there has been no subsequent, substantive action in this case. Indeed, plaintiff has not sought the issuance of summonses.

On January 12, 2026, the Court issued an Order warning plaintiff that this action will be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m), unless, on or before January 19, 2026, plaintiff filed proof of service indicating that defendants were served on or before December 15, 2025, or showed good cause in writing for his failure to comply with Rule 4(m). (Doc. 2).

To date, plaintiff has failed to respond to the January 12 Order. Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

The Clerk of Court is instructed to close this case.

SO ORDERED:

Dated: White Plains, New York
       January 22, 2026

_____
Philip M. Halpern
United States District Judge